UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>                Petitioner,<br><br>       v.<br><br>BRIAN MARTINEZ,<br><br>                Respondent. | No. 2:22-cv-1593 DAD KJN P<br><br><br>ORDER |

Petitioner requested an extension of time to file a reply to respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 14) is granted; and

2. Petitioner shall file a reply within thirty days from the date of this order.

Dated:  January 6, 2023

/will1593.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1